WR-38,198-04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/23/2015 4:02:23 PM
Accepted 9/23/2015 4:47:43 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## IN AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
9/23/2015
ABEL ACOSTA, CLERK

|  |  |  |
|---|---|---|
| _____ | ) | |
| EX PARTE JULIUS MURPHY, | ) | |
| | ) | WRIT NO. _____ |
| APPLICANT | ) | |
| _____ | ) | |

## MOTION OF RESIDENT ATTORNEY SARAH M. CUMMINGS REQUESTING ADMISSION *PRO HAC VICE* OF NONRESIDENT ATTORNEY JACLYN LEE DILAURO

COMES NOW, Resident Practicing Attorney Sarah M. Cummings of Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201, and hereby moves for the admission *pro hac vice* of Jaclyn Lee DiLauro ("Nonresident Attorney") in the captioned proceeding as counsel for Applicant, Julius Murphy. The undersigned represents to this honorable Court that Nonresident Attorney is a reputable attorney and recommends that she be granted permission to participate in the above-captioned matter before the Court.

SIGNED this 23rd day of September, 2015.

- 1 -

Respectfully submitted,

*/s/ Sarah M. Cummings*

SARAH M. CUMMINGS
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Tel: 214.855.8000
Fax: 214.855.8200
Texas Bar No.: 24094609
sarah.cummings@nortonrosefulbright.com

*Counsel for Julius Murphy*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2015, I served via Federal Express a true and correct copy of the foregoing pleading upon opposing counsel:

Jerry D. Rochelle
Bowie County District Attorney
Bowie County Plaza
601 Main Street
Texarkana, TX 75501

Jefferson Clendenin
Assistant Attorney General
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711

*/s/ Sarah M. Cummings*
Sarah M. Cummings